IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | | |
|---|---|---|
| **MILDRED BERRY AS GUARDIAN,** § | | |
| **AND AS NEXT FRIEND OF TERRELL** § | | |
| **MICHAELLE THOMAS** § | | |
| *Plaintiff*, § | | |
| § | | |
| **v.** § | **C.A. NO. 4:22-CV-00331** | |
| § | | |
| **UNION PACIFIC RAILROAD** § | | |
| **COMPANY,** § | | |
| *Defendant*. § | | |

### APPENDIX TO DEFENDANT UNION PACIFIC RAILROAD COMPANY'S MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT

Exhibit A - Affidavit of Bill Hill ................................................................................ APP 1-71

Exhibit B - Jhamal Swift Deposition ....................................................................... APP 72-84

Exhibit C - Eric Okenkpu Deposition ...................................................................... APP 85-95

Exhibit D - Willis Walker Deposition .................................................................... APP 96-109

Exhibit E - Mildred Berry Deposition .................................................................. APP 110-117

Exhibit F - Terrell Thomas Deposition ................................................................ APP 118-135

Exhibit G - Verification by Robert K. Piwetz ............................................................. APP 136

Exhibit H - Event Recorder Data UP-Thomas-000687-000910, 000929-00968, 000987-001026, 001045-001084, 001103-001142 ................................................................................. APP 137-352