IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | | |
|---|---|---|
| MILDRED BERRY AS GUARDIAN, AND | § | |
| AS NEXT FRIEND OF TERRELL | § | |
| MICHELLE THOMAS | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | C.A. NO. 4:22-CV-00331 |
| | § | |
| UNION PACIFIC RAILROAD COMPANY, | § | |
| *Defendant*. | § | |
| | § | |

**ORDER ON DEFENDANT UNION PACIFIC RAILROAD COMPANY'S**
**MOTION FOR SUMMARY JUDGMENT**

ON THIS DAY, came on to be heard and considered Union Pacific Railroad Company's Motion for Summary Judgment and Brief in Support. After considered Union Pacific Railroad Company's Motion for Summary Judgment and Brief in Support, the response, and all other evidence on file, the Court **FINDS** that there is no genuine dispute of material fact.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Union Pacific Railroad Company's Motion for Summary Judgment and Brief in Support is **GRANTED**.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Mildred Berry as Guardian, and as Next Friends of Terrell Michelle Thomas' claims are **DISMISSED WITH PREJUDICE** as to Defendant Union Pacific Railroad Company

SIGNED this _____ day of _____, 2023.


_____
Lee H. Rosenthal
Chief United States District Judge