Case 4:22-cv-00331   Document 55   Filed on 05/10/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 10, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MILDRED BERRY AS GUARDIAN, AND AS NEXT FRIEND OF TERRELL MICHELLE THOMAS, | § § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL CASE NO. H-22-331 |
| UNION PACIFIC RAILROAD COMPANY, | § § § § | |
| Defendant. | § | |

## ORDER

The court grants Berry's motion to continue the docket call. (Docket Entry No. 50). The docket call will be reset following the court's resolution of the pending summary-judgment motions.

SIGNED on May 10, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge